# THE STATE OF TEXAS
# M A N D A T E

************************************************

**TO THE 173RD DISTRICT COURT OF HENDERSON COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 21st day of January, 2015, the cause upon appeal to revise or reverse your judgment between

**DAVID LYNN SELLERS, Appellant**

**NO. 12-14-00352-CR; Trial Court No. B-20,857**
**12-14-00353-CR; Trial Court No. B-20,858**

By *per curiam* opinion.

**THE STATE OF TEXAS, Appellee**

was determined; and therein our said Court made its order in these words:

"THESE CAUSES came on to be heard on the motion of the Appellant to dismiss the appeals herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeals be **dismissed,** and that the decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 2nd day of February, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Chief Deputy Clerk